United States District Court
Southern District of Texas
**ENTERED**
October 21, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| LEONARDO MORONES a/n/f L.A.M., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> HARLINGEN CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT and § <br> DENNIS LESTER, § <br> Defendants. § | Civil Action No. 1:20-cv-00050 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 26). The R&R recommends (1) denying Mr. Morones's ("Plaintiff") motion for leave to file an amended complaint (Dkt. No. 23), (2) granting, in part, Harlingen Consolidated Independent School District and Dennis Lester's (collectively "Defendants") motion to dismiss ("MTD") (Dkt. No. 8), and (3) denying, in part, Defendants' MTD (Dkt. No. 8).

Objections were due October 16, 2020. No objections were filed by either party. Where no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Accordingly, Defendants' MTD (Dkt. No. 8) is **GRANTED**, in part in accordance with the R&R, and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **ORDERED** to close the case.

Signed on this 21st day of October, 2020.

Rolando Olvera
United States District Judge